No. 93–9215.  SILVERS *v.* UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 93–9232.  WITHERSPOON *v.* REES, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 93–9236.  ISANG *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 93–9252.  FAULKNER *v.* WISCONSIN.  Ct. App. Wis.  Certiorari denied.

No. 93–9277.  JAMES *v.* MANN, SUPERINTENDENT, SHAWANGUNK CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 93–9306.  HAWKINS *v.* ABRAMAJTYS, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 93–9312.  GATLIN *v.* SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 93–9315.  PREWITT *v.* PARKE, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 93–9316.  LAMPHEAR *v.* ABRAHAMSON, WARDEN.  C. A. 7th Cir.  Certiorari denied.

No. 93–241.  JAFFE *v.* SNOW ET AL.  Dist. Ct. App. Fla., 5th Dist.  Motions of Government of Canada, International Human Rights Law Group et al., and Canadian Helsinki Watch Group for leave to file briefs as *amici curiae* granted.  Certiorari denied.